# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ORR WATER DITCH CO., *et al.*,<br><br>    Defendants. | Case No. 3:73-cv-00003-LDG<br>Sub-File No. 3:73-cv-00023-LDG<br><br>**ORDER** |
| IN RE: Nevada State Engineer Ruling #5826 | |

On June 24, 2010, this Court entered an order granting the stipulation of the City of Fernley, the Pyramid Lake Paiute Tribe, and the Nevada State Engineer to stay this matter for a period not to exceed six months to permit continued settlement negotiations. The stipulation and Order further provided that, at the end of the six-month period, the parties would notify the Court whether a settlement had been reached or whether the stay should be extended. A review of the docket indicates that the parties have not filed the notice. Accordingly,

1  THE COURT **ORDERS** that the parties shall, not later than Friday, April 27, 2012,
2  submit a joint Status Report in this matter.
3
4  DATED this __4__ day of April, 2012.
5
6  _____
   Lloyd D. George
7  United States District Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26