# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>v.<br><br>ORR WATER DITCH CO., *et al.*,<br><br>　　Defendants. | Case No. 3:73-cv-00003-LDG<br>Sub-File No. 3:73-cv-00023-LDG<br><br>**ORDER** |
| IN RE: Nevada State Engineer Ruling #5826 | |

For good cause shown,

THE COURT **ORDERS** that the stay previously imposed in this matter (#37) is LIFTED.

DATED this ___18___ day of May, 2012.

_____
Lloyd D. George
United States District Judge